IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDRE RAMON JACOB,  2:13-cv-00438-MA

        Plaintiff,  ORDER

  v.

DEPARTMENT OF CORRECTIONS
MEDICAL SERVICES,

        Defendant.

MARSH, Judge

    Plaintiff's motion for leave to dismiss (#6) is GRANTED.  This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __29__ day of April, 2013.

                                          *Malcolm F. Marsh*
                                          Malcolm F. Marsh
                                          United States District Judge

1 - ORDER